# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THE MARCELLUS SHALE COALITION, | : No. 54 MAP 2018 |
| | : |
| Appellee | : |
| | : Notice of Appeal from the order of the |
| | : Commonwealth Court at No. 573 MD 2016 |
| v. | : dated August 23, 2018 granting in part and |
| | : denying in part declaratory and injunctive |
| | : relief |
| DEPARTMENT OF ENVIRONMENTAL | : |
| PROTECTION OF THE | : |
| COMMONWEALTH OF PENNSYLVANIA | : |
| AND ENVIRONMENTAL QUALITY | : |
| BOARD OF THE COMMONWEALTH OF | : |
| PENNSYLVANIA, | : |
| | : |
| Appellants | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2018, the Notice of Appeal is QUASHED without prejudice to Appellants' ability to raise the claims therein on appeal from a final order of the Commonwealth Court. *See United States Orgs. for Bank. Alts., Inc. v. Dep't of Banking*, 26 A.3d 474 (Pa. 2011).